

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEVARRIUS DAMONTRE RICHARDSON,<br><br>Defendant. | No. 3:26-mj-00408-MMS |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andrew Jansson, having been first duly sworn, do hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this Affidavit in support of an application for a criminal complaint and arrest warrant charging **DEVARRIUS DAMONTRE RICHARDSON** with violation of 18 U.S.C § 1073, flight to avoid prosecution.

2. I have been a Deputy with the United States Marshals Service (USMS) since 2024 and currently assigned to the U.S. Marshals Pacific Northwest Violent Offenders Task Force (PNVOTF). I am charged with enforcing laws in all jurisdictions of the United States, its territories and possessions. As a Deputy with USMS my duties include conducting investigations that lead to the location and apprehension of wanted fugitives. These investigations take place within the United States, its territories, and internationally.

3. The facts set forth in this Affidavit are based on my personal knowledge, knowledge obtained from other law enforcement officers, and documents provided to me. Because this

Affidavit is submitted for the limited purposes of establishing probable cause to support a complaint and securing an arrest warrant, I have not included each and every fact known to me during this investigation. This Affidavit is intended to show merely there is sufficient probable cause for the requested Warrant and attached Complaint.

### FACTS ESTABLISHING PROBABLE CAUSE

4.     On or about February 9, 2026, Texas Ranger Joshua Jenkins was called to assist the Henderson County Sheriff's Office (HCSO) and the Log Cabin Police Department (LCPD) with an investigation that involved blood evidence. Ranger Jenkins responded to 14950 Tomahawk Lane in Log Cabin, Henderson County, Texas, and saw a 2015 red convertible Chevrolet Camaro with Texas license plate SMS1905. The Camaro had blood spatter throughout the interior.

5.     LCPD applied for and was granted a State of Texas search warrant for the Camaro. The Camaro had a broken rear window on the passenger side and blood splatter throughout the Camaros front and rear passenger compartments. Ranger Jenkins saw gunshot defects in the passenger front seat headrest along with a fired 9mm cartridge on the ground located at the right rear tire of the vehicle. Based on Ranger Jenkins training and experience, Ranger Jenkins believed a shooting incident had occurred inside the vehicle.

6.     Through their investigation, officers learned that Isom Richardson owned 14950 Tomahawk Lane. According to Isom, the bloody Camaro belonged to his grandson **DEVARRIUS RICHARDSON**.

//

Case 3:26-mj-00408-MMS     Document 1-1     Filed 06/03/26     Page 2 of 6



7. Officers were unable to locate **RICHARDSON** after the Camaro was reported stolen. Isom gave Ranger Jenkins **RICHARDSON's** phone number, 903-707-7324. Ranger Jenkins obtained an emergency ping through AT&T which showed that **RICHARDSON's** cellphone pinged in Anchorage, Alaska, which is in the District of Alaska.

8. Officers listed **RICHARDSON** as a missing person and shared his missing person status on HCSO's social media page. The next day the missing person's information generated a lead on **RICHARDSON's** whereabouts. A female caller spoke with HCSO investigator Cynthia Clements and told investigator Clements the following:

- **RICHARDSON** was involved in a shooting on February 2, 2026, in Dallas, Texas;

- The female caller stated that Dennis Weems Jr. and Da Korian Dowell were with **RICHARDSON** when the shooting occurred;

- **RICHARDSON** shot Weems and Weems was currently missing;

- Weems was reported as missing by both Dallas and Garland Police Departments.

9. An online open-source search revealed that Dowell was currently in custody of the Tarrant County Jail in Tarrant County, Texas, on an unrelated matter. Texas Ranger Travis Dendy travelled to the Tarrant County Jail and conducted an interview with Dowell. Dowell told Ranger Dendy the following:

- On February 2, 2026, **RICHARDSON**, Weems, and Dowell were in **RICHARDSON's** Camaro outside of Weems' apartment complex. **RICHARDSON** in the driver's seat, Weems in the back seat middle area, and Dowell in the front passenger seat;

- Dowell said that **RICHARDSON** acted paranoid;

*Affidavit in Support of Criminal Complaint*
3:26-mj-00408-MMS                              Page 3 of 6

- Dowell got out of the Camaro to take a call and when he got back in, out of nowhere **RICHARDSON** started to shoot Weems;

- Dowell left the Camaro and ran away;

- Dowell stated that **RICHARDON** also ran away but later returned to the Camaro and Weems was still in the backseat.

10. HCSO Investigators used law enforcement "Flock" technology to track **RICHARDON's** Camaro to determine where he went after shooting Weems. Investigators were able to track **RICHARDSON**'s Camaro through "Flock."

11. A search warrant for **RICHARDSON's** historical cellular service information (903-707-7324) was obtained by his phone provider, AT&T wireless. **RICHARDON**'s cellular records corresponded with the Flock technology information on **RICHARDSON's** Camaro. Both indicated that the Camaro fled from Dallas County, Texas, to Hopkins County, within the City of Sulphur Springs. The Camaro stayed in Sulphur Springs for about 24 hours before going back to Henderson County the following day on February 3, 2026.

12. Additionally, **RICHARDSON's** cellphone records showed that **RICHARDSON** travelled from Log Cabin, Texas, to Dallas Fort Worth International Airport on February 4, 2026. Investigators learned that **RICHARDSON** boarded a flight to Seattle, Washington, and then went on to Anchorage, Alaska.

13. On February 13, 2026, Sulphur Springs Police Department Lt. Brian Shurtleff helped the Texas Rangers and the Henderson County Police investigators to search for Weems' body. They were unable to locate Weems' body at that time.

//

*Affidavit in Support of Criminal Complaint*
3:26-mj-00408-MMS                    Page 4 of 6



14. On May 2, 2026, Lt. Shurtleff received a call from the Sulphur Springs Police Department stating that a human skull had been found in the backyard of 111 Mark Street, in Sulphur Springs, Texas. A search revealed that while the skull was located in the backyard of 111 Mark Street, the majority of the body was found in the backyard of 116 Mark Street. Investigators noted that the body was badly decomposed and appeared to have been scavenged by animals.

15. On May 4, 2026, Lt. Shurtleff was informed that the body and skull had been preliminarily identified as Weems through tattoos and a true scientific identification would be pending through DNA testing.

16. On May 12, 2026, Lt. Shurtleff applied for and was granted a State of Texas arrest for **RICHARDSON** for Tampering or Fabricating Physical Evidence-Human Corpse "F2" pursuant to PC 37.09(d)(1)(c).

17. USMS Joint Eastern Texas Fugitive Apprehension Task Force adopted **RICHARDSON's** arrest warrant because **RICHARDSON's** last known location was Anchorage, Alaska, which is in the District of Alaska. The warrant was later adopted by the USMS Pacific Northwest Violent Offenders Task Force.

18. On May 27, 2026, **RICHARDSON** was located in Anchorage, Alaska, and taken into custody on the Texas arrest warrant.

### CONCLUSION

19. For the reasons described above, based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that **DEVARRIUS**

Case 3:26-mj-00408-MMS    Document 1-1    Filed 06/03/26    Page 5 of 6



**DAMONTE RICHARDSON** has violated 18 U.S.C. § 1073 (flight to avoid prosecution) and seek that this court issue a warrant for his arrest.

RESPECTFULLY SUBMITTED,

DUSM ANDREW JANSSON
USMS

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) on _____ June 2, 2026 _____.

HON. MATTHEW M. SCOBLE,
U.S. Magistrate Judge
District of Alaska

*Affidavit in Support of Criminal Complaint*
3:26-mj-00408-MMS                    Page 6 of 6